## PINKHAM v. WEMPLE.

Where the questions raised by the record, on appeal to this Court, have been repeatedly settled by this Court, or are decided by reference to plain elementary principles of law, the judgment of the Court below will be affirmed, with damages.

APPEAL from the Tenth District, County of Yuba.

*Henry K. Mitchell* for Appellant.

*Rowe & Mott* for Respondent.

BALDWIN, J., delivered the opinion of the Court—TERRY, C. J., concurring.

The various questions made by the record have either been repeatedly settled by this Court, or are decided by reference to plain elementary principles. There is no single point taken, which, in our judgment, justified this appeal, and it would be a waste of time to notice the points in detail.

The judgment is affirmed, with five per cent. damages.